WRIGHT, FINLAY & ZAK, LLP
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rhernandez@wrightlegal.net
*Attorneys for Defendant, Seterus, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CLYDE C. GIVENS, <br><br> Plaintiff, <br><br> vs. <br><br> TRANS UNION, LLC; SETERUS, INC, <br><br> Defendants. | Case No.: 2:19-cv-01009-RFB-BNW <br><br> **STIPULATION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** <br><br> **(SECOND REQUEST)** |

Plaintiff, Clyde C. Givens ("Plaintiff"), and Defendant, Seterus, Inc. ("Seterus") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On July 1, 2019, Plaintiff filed his First Amended Complaint [ECF No. 6]. Seterus was served with Plaintiff's Complaint on July 2, 2019. As such, Seterus' deadline to respond to the Complaint is July 23, 2019. The parties previously agreed to extend the deadline to respond to the Complaint to August 6, 2019. The Parties have discussed extending the deadline for Seterus to respond to Plaintiff's Complaint by an additional two weeks while the Parties explore the potential for settlement.

WHEREAS, the Parties hereby stipulate and agree to extend the deadline for Seterus to file its responsive pleading to Plaintiff's Complaint to August 20, 2019.

This is the second stipulation for extension of time for Seterus to file its responsive pleading. The extension is requested in good faith and is not for purposes of delay or prejudice to

any other party.

As part of this stipulation, Seterus agrees to participate in any Rule 26(f) conference that occurs during the pendency of this extension.

DATED this 6th day of August, 2019.
WRIGHT, FINLAY & ZAK, LLP

*/s/ Ramir M. Hernandez, Esq.*
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Defendant, Seterus, Inc.*

DATED this 6th day of August, 2019.
KNEPPER & CLARK LLC

*/s/ Shaina R. Plaksin, Esq.*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
*Attorneys for Plaintiff, Clyde Givens*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 8, 2019