Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CLYDE C. GIVENS,<br><br>Plaintiff,<br><br>vs.<br><br>SETERUS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION LLC,<br><br>Defendants. | Case No.: 2:19-cv-01009-RFB-BNW<br><br>**JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF TRANS UNION LLC**<br><br>**[SECOND REQUEST]** |

//

//

Plaintiff Clyde C. Givens ("Plaintiff") and Defendant Trans Union LLC; ("Trans Union" or "Defendant") (collectively, the "Parties"), by and through their counsel of record, hereby move jointly to extend their deadline to file a Stipulation of Dismissal of Trans Union forty-five (45) days:

      1.     The Parties settled this matter on July 11, 2019. [ECF Dkt. 8]

      2.     Per the Court's Minute Order, on July 12, 2019, Plaintiff's Stipulation of Dismissal of Trans Union was due August 26, 2019. [ECF Dkt. 9]

      3.     On August 22, 2019, the Court granted the Parties stipulation to extend the time to file the dismissal of Trans Union. [ECF Dkt. 20]

      4.     The stipulation of dismissal of Trans Union is due on September 25, 2019.

      5.     The Parties are still working diligently on finalizing their Settlement Agreement.

      6.     The Parties request an extension of forty-five days to file their Stipulation of Dismissal of Trans Union to allow them additional time to finalize the Settlement Agreement.

//

//

//

//

//

//

//

//

//

//

7.      Plaintiff agrees to file the Stipulation of Dismissal of Trans Union no later than

**November 8, 2019**.

        DATED September 25, 2019.

| **KNEPPER & CLARK LLC** | **ALVERSON TAYLOR & SANDERS** |
|---|---|
| /s/ *Shaina R. Plaksin* | /s/ *Trevor Waite* |
| Matthew I. Knepper, Esq. | Kurt R. Bonds, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 6228 |
| Miles N. Clark, Esq. | Trevor Waite, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 13779 |
| Shaina R. Plaksin, Esq. | 6605 Grand Montecito Parkway, Suite 200 |
| Nevada Bar No. 13935 | Las Vegas, NV 89149 |
| 5510 So. Fort Apache Rd, Suite 30 | Email: kbonds@alversontaylor.com |
| Las Vegas, NV 89148 | Email: twaite@alversontaylor.com |
| Email: matthew.knepper@knepperclark.com | |
| Email: miles.clark@knepperclark.com | *Counsel for Defendant* |
| Email: shaina.plaksin@knepperclark.com | *Trans Union LLC* |
| | |
| **HAINES & KRIEGER LLC** | |
| David H. Krieger, Esq. | |
| Nevada Bar No. 9086 | |
| 8985 S. Eastern Avenue, Suite 350 | |
| Las Vegas, NV 89123 | |
| Email: dkrieger@hainesandkrieger.com | |
| | |
| *Counsel for Plaintiff* | |

*Givens v. TransUnion, LLC et al*
*Case No. 2:19-cv-01009-RFB-BNW*

**ORDER GRANTING**

**EXTENSION OF TIME FOR PARTIES TO FILE STIPULATION OF DISMISSAL OF**

**TRANS UNION LLC**

**IT IS SO ORDERED**

**DATED: October 03, 2019**

_____

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF TRANS UNION LLC
[SECOND REQUEST] - 3