Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CLYDE C. GIVENS, | Case No. 2:19-cv-01009-RFB-BNW |
| Plaintiff, | **JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF TRANS UNION LLC** |
| v. | |
| SETERUS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION LLC, | **[FIFTH REQUEST]** |
| | Complaint filed: June 13, 2019 |
| Defendants. | |

Plaintiff Clyde C. Givens ("Plaintiff") and Defendant Trans Union LLC; ("Trans Union" or "Defendant") (collectively, the "Parties"), by and through their counsel of record, hereby move jointly to extend their deadline to file a Stipulation of Dismissal of Trans Union thirty (30) days:

1. The Parties settled this matter on July 11, 2019. [ECF Dkt. 8]

2. Per the Court's Minute Order, on July 12, 2019, Plaintiff's Stipulation of Dismissal of Trans Union was due August 26, 2019. [ECF Dkt. 9]

3. On August 22, 2019, the Court granted the Parties' stipulation to extend the time to file the dismissal of Trans Union. [ECF Dkt. 20]

4. On October 3, 2019, the Court granted the Parties' stipulation to extend the time to file the dismissal of Trans Union. [ECF Dkt. 31]

5. On November 12, 2019, the Court granted the Parties' stipulation to extend the time to file the dismissal of Trans Union. [ECF Dkt. 44].

6. Although the Parties reached a general agreement on the terms of settlement in July 2019, one term of the settlement then required further discussion, which was resolved mid-September 2019. Since then, however, Trans Union has not provided a draft settlement agreement to Plaintiff for review, despite many inquiries by Plaintiff, including on October 7, 2019; October 16, 2019; November 6, 2019; November 27, 2019; December 3, 2019; December 11, 2019; and December 12, 2019.

7. On December 26, 2019, the Court granted the Parties' stipulation to extend the time to file the dismissal of Trans Union. [ECF Dkt. 47]

8. Plaintiff's deadline is February 6. 2020.

9. The Parties are in the final stages of completing their settlement agreement, for which all material terms have been agreed to. All that remains is performance of the agreed-upon terms, which that parties agree will be completed shortly.

10. The Parties request and extension of thirty days to file their Stipulation of Dismissal of Trans Union to allow them additional time to finalize the settlement agreement.

//

//

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

11. Plaintiff agrees to file the Stipulation of Dismissal of Trans Union no later than **March 9, 2020**.

IT IS SO STIPULATED.
Dated February 6, 2020.

| **KNEPPER & CLARK LLC** | **QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.** |
|---|---|
| /s/ *Matthew I. Knepper* | |
| Matthew I. Knepper, Esq. | /s/ *Jennifer R. Bergh* |
| Nevada Bar No. 12796 | Jennifer R. Bergh, Esq. |
| Miles N. Clark, Esq. | Nevada Bar No. 14480 |
| Nevada Bar No. 13848 | 6900 N. Dallas Parkway, Suite 800 |
| 5510 So. Fort Apache Rd, Suite 30 | Plano, Texas 75024 |
| Las Vegas, NV 89148 | Email: jbergh@qslwm.com |
| Email: matthew.knepper@knepperclark.com | |
| Email: miles.clark@knepperclark.com | **ALVERSON TAYLOR & SANDERS** |
| | Trevor Waite, Esq. |
| **HAINES & KRIEGER LLC** | Nevada Bar No. 13779 |
| David H. Krieger, Esq. | 6605 Grand Montecito Parkway, Suite 200 |
| Nevada Bar No. 9086 | Las Vegas, NV 89149 |
| 8985 S. Eastern Avenue, Suite 350 | Email: twaite@alversontaylor.com |
| Las Vegas, NV 89123 | |
| Email: dkrieger@hainesandkrieger.com | *Counsel for Defendant* |
| | *Trans Union LLC* |
| *Counsel for Plaintiff* | |

## ORDER GRANTING EXTENSION OF TIME

## TO FILE STIPULATION OF DISMISSAL OF TRANS UNION LLC

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 7th day of February, 2020.

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430