Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

George H. Haines, Esq.
Nevada Bar No. 9411
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Email: ghaines@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CLYDE C. GIVENS, | Case No. 2:19-cv-01009-RFB-BNW |
| Plaintiff, | **JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF SETERUS, INC.** |
| v. | |
| SETERUS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION LLC, | **[FIRST REQUEST]** |
| | Complaint filed: June 13, 2019 |
| Defendants. | |

Plaintiff Clyde C. Givens ("Plaintiff") and Defendant Seterus, Inc.; ("Seterus" or "Defendant") (collectively, the "Parties"), by and through their counsel of record, hereby move jointly to extend their deadline to file a Stipulation of Dismissal of Seterus (45) forty-five days:

1. The Parties settled this matter on December 23, 2019 [ECF Dkt No. 46].

2. Plaintiff's deadline to file the stipulation of dismissal is February 25, 2020 [ECF Dkt. 48].

3. The Parties are currently working on finalizing their Settlement Agreement.

4. The Parties request and extension of forty-five days to file their Stipulation of Dismissal of Seterus to allow them additional time to finalize the settlement agreement.

5. Plaintiff agrees to file the Stipulation of Dismissal of Seterus no later than **April 10, 2020**.

IT IS SO STIPULATED.
Dated March 20, 2020.

| **KNEPPER & CLARK LLC** | **WRIGHT FINLAY & ZAK, LLP** |
|---|---|
| /s/ *Matthew I. Knepper* | /s/ *Ramir M. Hernandez* |
| Matthew I. Knepper, Esq., SBN 12796<br>Miles N. Clark, Esq., SBN 13848<br>5510 So. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com | R. Samuel Ehlers, Esq., SBN<br>Ramir M. Hernandez, SBN<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>Email: sehlers@wrightlegal.net<br>Email: rhernandez@wrightlegal.net |
| **HAINES & KRIEGER, LLC**<br>George H. Haines, Esq., SBN 9411<br>8985 S. Eastern Avenue, Suite 350<br>Las Vegas, NV 89123<br>Email: ghaines@hainesandkrieger.com<br><br>*Counsel for Plaintiff* | *Counsel for Defendant Seterus, Inc.* |

## ORDER GRANTING EXTENSION OF TIME
## TO FILE STIPULATION OF DISMISSAL OF SETERUS, INC.

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 23rd day of March, 2020.

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430