Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

George H. Haines, Esq.
Nevada Bar No. 9411
FREEDOM LAW FIRM
8985 S. Eastern Avenue, Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554, Ext.222
EFax: (702) 967-6666
Email: ghaines@freedomlegalteam.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CLYDE C. GIVENS,<br><br>          Plaintiff,<br><br>     v.<br><br>SETERUS, INC.,<br><br>          Defendant. | Case No. 2:19-cv-01009-RFB-BNW<br><br>**STIPULATION OF DISMISSAL OF SETERUS, INC., WITH PREJUDICE**<br><br>Complaint filed: June 13, 2019 |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Seterus, Inc., from the above captioned action, with prejudice.

//

Each party will bear its own fees and costs.

IT IS SO STIPULATED.

Dated June 25, 2020.

| **KNEPPER & CLARK LLC**<br><br>/s/ *Shaina R. Plaksin*<br>Matthew I. Knepper, Esq., SBN 12796<br>Miles N. Clark, Esq., SBN 13848<br>Shaina R. Plaksin, Esq., SBN 13935<br>5510 So. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br>Email: shaina.plaksin@knepperclark.com<br><br>**FREEDOM LAW FIRM**<br>George H. Haines, Esq., SBN 9411<br>8985 S. Eastern Avenue, Suite 350<br>Las Vegas, NV 89123<br>Email: ghaines@freedomlegalteam.com<br><br>*Counsel for Plaintiff* | **WRIGHT FINLAY & ZAK, LLP**<br><br>/s/ *Ramir M. Hernandez*<br>R. Samuel Ehlers, Esq., SBN 9313<br>Ramir M. Hernandez, Esq., SBN 13146<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>Email: sehlers@wrightlegal.net<br>Email: rhernandez@wrightlegal.net<br><br>*Counsel for Defendant*<br>*Seterus, Inc.* |

## ORDER GRANTING

## STIPULATION OF DISMISSAL OF SETERUS, INC., WITH PREJUDICE

**IT IS SO ORDERED.**            _____
                                 RICHARD F. BOULWARE, II
                                 UNITED STATES DISTRICT JUDGE

DATED this 30th day of June, 2020.

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

2 of 2